## JEREMIAH HOWELL *versus* ROBERT IRWIN

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion for bail or procedendo *p. 312; (2) motion for extension of rule for bail *p. 317; (3) rule for procedendo *p. 381.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return.

*1822–23 Calendar*, MS p. 41.